Argued and submitted February 25, affirmed November 9, 1994

# STATE OF OREGON,
*Appellant,*

*v.*

# GREGORY EUCLID MONTGOMERY,
*Respondent.*

## (92CR2600FE; CA A79608)

883 P2d 1342

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

David K. Allen, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

**PER CURIAM**

This case presents the same issues that were presented in *State v. Sharp*, 131 Or App 148, 883 P2d 916 (1994), which affirmed the trial court by an equally divided court. The same result is mandated here.

Affirmed.